UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGINALD A. JENKINS,

           Plaintiff,

-against-

ISAAC D. DOMINGUEZ DUARTE and
GRARISA ENTERPRISES,

           Defendants.

**ORDER**

22 Civ. 5104 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    Defendants have not answered or otherwise appeared in this matter.

    To the extent that Plaintiff wishes to move for default judgment, he will do so no later than **September 21, 2022**.

    If Plaintiff does not wish to move for default judgment, he will file a letter informing the Court of the status of this matter by **September 9, 2022**.

    The initial pre-trial conference scheduled for September 8, 2022 is adjourned <u>sine die</u>.

Dated: New York, New York
       September 7, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge